# MEMORANDUM

**To:** The Honorable Robert N. Chatigny
Chief U.S. District Judge

**From:** Otto Rothi *OR*
U.S. Probation Officer

**Subject:** PEREZ, Juan
Dkt. No: 3:03CR00255(RNC)
**Early Termination Request**

**Date:** January 27, 2005

On November 30, 2001, the above-named defendant was sentenced by the Honorable J. Garvan Murtha, Chief U.S. District Judge for the District of Vermont to 27 months imprisonment with three years supervised release to follow for a violation of 21 U.S.C. §§ 841(b)(1)(B) and 846, Conspiracy to Distribute at Least 500 Grams of Cocaine.

A special condition of supervision was imposed requiring the defendant to participate in substance abuse treatment as deemed necessary by the U.S. Probation Office.

On June 20, 2003, Mr. Perez commenced his term of supervised release in the District of Connecticut. Jurisdiction was transferred to the District of Connecticut on August 25, 2003, and Your Honor was assigned to this case.

On August 4, 2003, an in-house substance abuse evaluation was completed by U.S. Probation Officer Charmaine R. Harkins in Hartford, and no treatment was recommended. To date, Mr. Perez has remained in full compliance with all conditions of supervision. He has been consistently employed. All urine screens have remained negative and there has been no indication of his involvement in any criminal behavior.

Assistant U.S. Attorney Tristram J. Coffin at the U.S. Attorney's Office in the District of Vermont, who prosecuted Mr. Perez, does not oppose to early termination under the circumstances.

Therefore, it is respectfully recommended that the Court grant early termination of Mr. Perez' supervised release.

The Honorable Robert N. Chatigny
Page 2
January 27, 2005

Should Your Honor wish to discuss this matter further, I am available at the Court's convenience.

| APPROVED | DATE | DENIED | 2/3/05 DATE |
|---|---|---|---|
| ~~The Honorable Christopher F. Droney~~ | | The Honorable Christopher F. Droney | |
| United States District Judge | | United States District Judge | |

OR/tn
Attachments:  Presentence Report
              Judgment in a Criminal Case

PROBATION FORM NO. 35　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　Crim #:　　3:03CR00255(RNC)

Juan Perez　　　　　　　　　　　　　　　　　Re: **Early Termination of Supervision**

On **June 20, 2003** the above named was placed on **SUPERVISED RELEASE** for a period of **3** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Otto Rothi
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this ___8___ day of February, 2005.

_____
The Honorable Robert N. Chatigny,
Chief United States District Court Judge